IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

EARNEST LEE WALKER, JR.,              )
                                      )
    Plaintiff,                        )
                                      )
v.                                    )   CASE NO. 2:05-cv-346-F
                                      )               WO
KELVIN BRYANT, *et al.*,              )
                                      )
    Defendants.                       )

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on April 22, 2005 (Doc. #3), said Recommendation is hereby adopted and it is the ORDER, JUDGMENT and DECREE that:

1. Plaintiff's complaint is DISMISSED without prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(ii); and

2. This case is DISMISSED prior to service of process.

DONE this 11th day of May, 2005.

                                          /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE