IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| EARNEST LEE WALKER, JR., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-346-F |
| ) | WO |
| KELVIN BRYANT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is

ORDERED and ADJUDGED that judgment is entered in favor of the defendants and against the plaintiff and that this action is DISMISSED without prejudice.

DONE this 11th day of May, 2005.

                                                     /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE